# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION., <br><br> Plaintiff(s), <br><br> vs. <br><br> LEE FAMILY PROPERTIES, LLC, SERIES XVII, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00644-JCM-NJK <br><br><br> ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed.R.Civ.P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Defendant Lee Family Properties LLC, Series XVII first appeared by filing an Answer, but failed to file a certificate of interested parties. Docket No. 14. Accordingly, Defendant Lee Family Properties LLC, Series XVII must each file a certificate of interested parties no later than May 16, 2016.

IT IS SO ORDERED.

DATED: May 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge