**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff(s), | ) ) | Case No. 2:16-cv-00644-JCM-NJK |
| vs. | ) ) | |
| LEE FAMILY PROPERTIES, LLC, SERIES XVII, et al., | ) ) ) | ORDER (Docket No. 24) |
| Defendant(s). | ) ) | |

Pending before the Court is a joint proposed discovery plan. Docket No. 24. The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. The joint proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 24 at 2 (citing LR 26-1(e), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). The parties have failed to comply with these requirements. Accordingly, the joint proposed discovery plan is hereby **DENIED** without prejudice. The parties must file a new joint proposed discovery plan that complies in full with LR 26-1, no later than July 1, 2016.

IT IS SO ORDERED.

DATED: June 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge