# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No. 2:16-cv-00644-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| LEE FAMILY PROPERTIES, LLC, SERIES XVII, et al., | (Docket No. 47) |
| Defendants. | |

Pending before the Court is Defendant Lee Family Properties, LLC's motion to stay litigation pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court Docket No. 47. The Court is aware of those proceedings. The United States District Judge assigned to this case is continuing to process this type of case. Accordingly, the motion to stay litigation, Docket No. 47, is DENIED.

IT IS SO ORDERED.

DATED: April 28, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge