# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | ) |
| Plaintiff, | ) Case No. 2:16-cv-00644-JCM-NJK |
| vs. | ) ORDER |
| LEE FAMILY PROPERTIES, LLC, SERIES XVII, et al., | ) (Docket No. 51) |
| Defendants. | ) |

Pending before the Court is the parties' stipulation to stay all proceedings in the instant case pending entry of a final ruling in another case pending in this District: *Christiana Tr. V. K&P Homes*, 2:15-cv-1534-GMN-VCF. Docket No. 51. The Court is aware of those proceedings. The United States District Judge assigned to this case is continuing to process this type of case. Accordingly, the stipulation to stay, Docket No. 51, is DENIED.

IT IS SO ORDERED.

DATED: May 9, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge