# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, <br><br> Plaintiff(s), <br><br> vs. <br><br> LEE FAMILY PROPERTIES, LLC, <br> SERIES XVII, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00644-JCM-NJK <br><br> ORDER <br><br> (Docket No. 55) |

On May 19, 2017, Plaintiff and Defendants Lee Family Properties, LLC, Series XVII, and Copper Sands Homeowners Association, Inc. ("Copper Sands") submitted a joint motion to extend discovery. Docket No. 53. On May 22, 2017, the Court denied that stipulation without prejudice, finding that the parties failed to make the required showing of diligence, excusable neglect, and good cause. Docket No. 54. Now pending before the Court is the parties' second joint motion to extend discovery for sixty days. Docket No. 55.

The parties effectively request a 90-day extension of the remaining discovery deadlines. *See* Docket No. 55 at 6-7; Docket No. 45 at 5-6. The parties submit that the bankruptcy stay as to Defendant Alessi & Koenig prevented Plaintiff from deposing Defendants Alessi & Koenig and Copper Sands within the timeframe set forth in the Court's order at Docket No. 45. *See* Docket No. 55 at 5. Additionally, the parties submit that they waited until approximately one month after both the close of discovery and the lifting of the bankruptcy stay to request an extension because of a pending motion to stay and subsequent efforts among the parties to stay this case after the Court denied that motion. *See id.* at 5-6.

The Court once again finds that the parties have failed to make the required showing of diligence, excusable neglect, and good cause. Further, the parties appear to have informally stayed discovery pending the Court's resolution of the parties' various efforts to stay this case, without Court approval. *See* LCR 45-1 ("All stipulations . . . must be filed on the docket and will *not be effective until approved by the court*") (emphasis supplied). Nonetheless, the Court will, as a one-time courtesy, grant the parties' request to extend the remaining discovery deadlines.

Accordingly, the Court hereby **GRANTS** the second joint motion to stay discovery for sixty days, Docket No. 55, and **SETS** the discovery schedule as follows:

- Discovery cut-off: July 14, 2017
- Dispositive motions deadline: August 16, 2017

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED.

DATED: May 25, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge