# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　Plaintiff(s),<br><br>v.<br><br>LEE FAMILY PROPERTIES, LLC, SERIES XVII, et al.,<br><br>　　Defendant(s). | Case No.: 2:16-cv-00644-JCM-NJK<br><br>**ORDER** |

Plaintiff's motion for summary judgment was denied on March 23, 2018. Docket No. 72. Accordingly, the parties' joint proposed pretrial order was due by April 23, 2018. Local Rule 26-1(b)(5). The parties are hereby **ORDERED** to file a joint proposed pretrial order by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge