UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>LEE FAMILY PROPERTIES, LLC.<br>SERIES XVII, et al,<br><br>Defendant(s). | Case No. 2:16-CV-644 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant Lee Family Properties, LLC, Series XVII's ("Lee") motion for re-taxation of costs. (ECF No. 91). Plaintiff HSBC Bank, USA, National Association ("HSBC") did not respond, and the time to do so has passed.

Ordinarily, "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d).

However, the parties filed a notice of settlement on August 29, 2019. (ECF No. 94). The parties indicate that they have "reached an agreement to settle all claims pending in this action." *Id.* at 2. The parties further note that they "anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice." *Id.*

Thus, the court denies Lee's motion without prejudice in light of the parties' settlement.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Lee's motion for re-taxation of costs (ECF No. 91) be, and the same hereby is, DENIED without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file a joint status report or stipulation of dismissal within fourteen (14) days of this order.

DATED November 22, 2019.

_____
UNITED STATES DISTRICT JUDGE