| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Robert A. Riether, Esq.<br>Nevada Bar No. 12076 |
| 3 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117 |
| 4 | (702) 475-7964; Fax: (702) 946-1345 |
| 5 | rriether@wrightlegal.net<br>*Attorney for Plaintiff/Counter-Defendant, HSBC Bank USA, National Association, as Trustee for* |
| 6 | *GSAA Home Equity Trust 2005-6, Asset-Backed Certificates Series 2005-6* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-6, ASSET-BACKED CERTIFICATES SERIES 2005-6,<br><br>Plaintiff,<br><br>vs.<br><br>LEE FAMILY PROPERTIES, LLC, SERIES XVII; COPPER SANDS HOMEOWNERS ASSOCIATION, INC.; ALESSI & KOENIG, LLC and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00644-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS** |

Plaintiff/Counter-Defendant, HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates Series 2005-6, Defendant/Counterclaimant, Lee Family Properties, LLC, Series XVII, and Defendant, Copper Sands Homeowners Association, Inc. (collectively, the "Parties"), by and through their respective attorneys of records, stipulate that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs. The Parties further stipulate and agree that judgment for quiet title shall be granted in favor of Lee Family Properties, LLC, Series XVII. The Parties request that this Court close this action.

| | |
|---|---|
| Dated this 3rd day of June, 2020. | Dated this 3rd day of June, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | LEE, HERNANDEZ, LANDRUM & GAROFALO |
| /s/ Robert A. Riether | /s/ Elizabeth C. Spaur |
| Robert A. Riether, Esq. | David S. Lee, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No. 6033 |
| 7785 W. Sahara Ave., Suite 200 | Elizabeth C. Spaur, Esq. |
| Las Vegas, Nevada 89117 | Nevada Bar No. 10446 |
| *Attorneys for Plaintiff/Counter-Defendant, HSBC Bank USA, National Association, as Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates Series 2005-6* | 7575 Vegas Drive, Suite 150 Las Vegas, Nevada 89128 *Attorneys for Defendant/Counterclaimant, Lee Family Properties, LLC, Series XVII* |

Dated this 3rd day of June, 2020.

RANALLI ZANIEL FOWLER & MORAN, LLC

/s/ Jason Andrew Fowler
George M. Ranalli, Esq.
Nevada Bar No. 5748
Jason Andrew Fowler, Esq.
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorneys for Defendant, Copper Sands Homeowners Association, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 5, 2020